Case 2:06-cv-05018-EFS   Document 12   Filed 05/15/06

| | |
|---|---|
| Patrick H. Ballew, WSBA No. 16,939<br>Quinten S. Bowman, WSBA No. 35,064<br>Rex B. Stratton, WSBA No. 1,913<br>STRATTON BALLEW PLLC<br>213 S. 12th Avenue<br>Yakima, Washington 98902<br>(509) 453-1319<br><br>Attorneys for Defendants | The Honorable Edward F. Shea |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| O.W.I. DESIGNS, INC., (doing business as OWI HOMES, INC.)<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARK McLEOD, ANITA O. McLEOD, CARDEN CONSTRUCTION, INC., and DENNIS EDWARDS,<br><br>　　　　　　　Defendants. | CAUSE NO. CV-06-5018-EFS<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

**IT IS HEREBY STIPULATED** by and between the undersigned counsel for the plaintiff and defendants above-named, that the above-entitled action has been fully settled and compromised and may be dismissed with prejudice, and being fully advised in the premises, it is hereby

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT
COSTS
Page 1 of 2

STRATTON BALLEW PLLC
213 S. 12TH AVENUE
YAKIMA, WASHINGTON 98902
TEL: (509) 453-1319 • FAX: (509) 453-4704

1  **ORDERED** that the Complaint of the plaintiff be, and the same hereby is, dismissed
2  with prejudice and without costs.
3
4  DATED: May 15th, 2006.
5
                                          s/ Edward F. Shea
                                    _____
6                                   Judge Edward Shea
7
8
9  Presented by:
10
11 By: s/ Patrick H. Ballew, WSBA #16,939
       s/ Quinten S. Bowman, WSBA #35,064
12     STRATTON BALLEW PLLC
       213 S. 12th Avenue
13     Yakima, WA 98902
       Telephone: (509) 453-1319
14     Fax: (509) 453-4704
15     E-mail: pballew@strattonballew
16
17 By: Telephonically Approved:
       s/ Timothy Esser, #6,864
18     s/ Jacob DeGraaff, #36,713
19     Libey, Ensley, Esser & Nelson PLLC
       520 East Main Street
20     Pullman, WA 99163
21     Telephone: (509) 332-7692
       Fax: (509) 334-2205
22

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT
COSTS
Page 2 of 2

STRATTON BALLEW PLLC
213 S. 12TH AVENUE
YAKIMA, WASHINGTON 98902
TEL: (509) 453-1319 • FAX: (509) 453-4704